IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARUNAN SIVALINGAM, M.D. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| UNUM PROVIDENT CORPORATION, et al. | : | NO. 09-4702 |

ORDER

AND NOW, this 1st day of July, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion of defendants Unum Group and Unum Life Insurance Company of America to quash and/or for a protective order pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure is GRANTED without prejudice to plaintiff's serving a revised Notice of Deposition narrowly tailored to the limited scope of discovery set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Harvey Bartle III
C.J.